HECTOR MONTERO–MARTINEZ;
Gregorio Pedro Montero–
Hernandez, *Petitioners,*

v.

JOHN ASHCROFT, Attorney General
of the United States, *
*Respondent.*

No. 99–70596.
INS No. A75–482–401

United States Court of Appeals,
Ninth Circuit.

Filed Dec. 28, 2001.

Before: PREGERSON, SILVERMAN
and TALLMAN, Circuit Judges.

### ORDER

The petition for rehearing is GRANT-
ED. The Opinion filed on May 23, 2001
and the Amended Opinion filed on May 30,
2001, 249 F.3d 1156, are withdrawn. The
panel will notify the parties if it wishes to
hear additional argument.